**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

THOMAS HOME CORPORATION

    VS                                               CASE NO.   3:04cv342 RV/MD

REVE DEVELOPMENT CORPORATION, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   May 9, 2005
Type of Motion/Pleading: MOTION TO COMPEL
Filed by: DEFENDANTS, REVE AND NOEL   on 5/6/05   Document 37
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
by plaintiff                                on 5/11/05     Doc.# 39
                                            on _____    Doc.# ____

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Lynn C. Uhl
Deputy Clerk: Lynn Uhl

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 16th day of May, 2005, that:

(a)  The requested relief is DENIED.
(b)  Defendants have not shown that requiring plaintiff to identify all lawsuits to which it has ever been a party, without regard to time, place, or subject matter (interrogatory number 7), has any relevance to the claims at issue, and the question is clearly overbroad.  Also, the court is satisfied that plaintiff has appropriately answered interrogatory number 8.
(c)  Defendants' counsel failed to consult with opposing counsel before filing the instant motion, as evidenced by his failure to file a Loc. R. 7.1(B) certificate.
(d)  Plaintiff is awarded $500 for its fees and costs for responding to a meritless motion to compel, to be paid by defendants' counsel.  Either party may contest the award or the amount thereof by filing, within five (5) days, an appropriate motion with supporting documentation.

Entered On Docket: _____   By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Document No.