# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

THOMAS HOME CORPORATION,

    VS                                            CASE NO.  3:04cv342/RV/MD

REVE DEVELOPMENT CORPORATION, ET AL

**REFERRAL AND ORDER**

Referred to Judge Vinson on   05/22/2007

Type of Motion/Pleading   MOTION TO AMEND FINDINGS PURSUANT TO FRCivP 52(B) (ORDER DOC. #199)

Filed by: PLAINTIFF    on 5/11/07    Doc. No. 205

( )  Stipulated/Consented/Joint Pleading

RESPONSES:

DEFENDANT REVE DEVELOPMENT CORP   on 5/21/07    Doc. No. 211

                                                      on _____    Doc. No. ____

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Teresa Cole
Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   23rd   day of    May   , 2007, that:

(a)   The requested relief is DENIED.

(b)   _____

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE